IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.  09 B 39426 |
| 3518-22 CLARK CORPORATION | ) | Honorable Susan P. Sonderby |
| d/b/a MOE'S CANTINA, | ) | |
| | ) | Motion Date:  September 21, 2010 |
| Debtor-In-Possession | ) | Motion Time: 10:00 a.m. |

## NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE THAT on **September 21, 2010**, at the hour of **10:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Susan Pierson Sonderby of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 642 at 219 S. Dearborn, Chicago, Illinois and present **MOTION FOR ENTRY OF FINAL DECREE ORDER.** A copy of same is attached hereto and thereby served upon you. You may appear if you so see fit.

## AFFIDAVIT OF SERVICE

I, Eileen M. Sethna, an attorney, certify that the above captioned Notice of Motion was served upon the person to whom it is addressed by electronically filing it with the Court using the CM/ECF system, which sent notice to all parties of interest participating in the CM/ECF system on September 2, 2010.

/s/ *Eileen M. Sethna*
Eileen M. Sethna

Eileen M. Sethna, ARDC No. 6276640
QUERREY & HARROW, LTD.
Attorneys for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois  60604
312-540-7000

## SERVICE LIST

William T. Neary
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

American Express
PO Box 0001
Los Angeles, CA 90096-8000

Bella Bagno
5500 W. Touhy Avenue, Unit E
Skokie, IL 60077

Christina Neitzke
c/o Fishman & Fishman, Ltd.
134 N. LaSalle Street
Chicago, IL 60602

Cintas First Aid and Safety
1870 Brummel Drive
Elk Grove Village, IL 60007

Cozzini, Inc.
350 Howard Avenue
Des Plaines, IL 60018

Dalmares Produce, Inc.
1314 W. 21st Street
Chicago, IL 60608

Eric Strand
c/o Christopher Johnson
Katz Friedman Eagle Eisenstein Johnson
77 W Washington, 20th Floor
Chicago, IL 60602

Foster & Son
7309 West 90th Street
Bridgeview, IL 60455

JB at Clark, Inc.
658 Belden Avenue
Chicago, IL 60614

Michael Gonzalez
1537 North Bosworth Ave.
Unit 3
Chicago, IL 60642

Pawlan Bluemfeld Miscinski & Assoc
5301 Dempster, Suite 300
Skokie, IL 60077

PJL Electric
3019 N. Broadway
Chicago, IL 60657

Samco Enterprises
658 W. Belden
Chicago, IL 60614

Schultz Supply, Inc.
3215 S. 59th Avenue
Cicero, IL 60804

Sound & Lighting Design
2759 Maple Street
Des Plaines, IL 60018

Todd Shivers
202 W. Willow Ave.
Wheaton, IL 60187

US Food Service
PO Box 98420
Chicago, IL 60693

John B., Inc.
658 West Belden Ave.
Chicago, IL 60614

Samuel Sanchez
658 W. Belden
Chicago, IL  60614

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.  09 B 39426 |
| 3518-22 CLARK CORPORATION | ) | Honorable Susan P. Sonderby |
| d/b/a MOE'S CANTINA, | ) | |
| | ) | Motion Date: September 21, 2010 |
| Debtor-In-Possession | ) | Motion Time: 10:00 a.m. |

## MOTION FOR ENTRY OF
## FINAL DECREE ORDER

Debtor, 3518-22 CLARK CORPORATION, d/b/a MOE'S CANTINA ("Debtor") by and through its attorneys, QUERREY & HARROW, LTD., moves this Court for entry of a final decree order and respectfully represents to the Court as follows:

1. On October 21, 2009, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. Debtor is the owner of a certain hospitality business which operates as a restaurant, bar and grille in the Wrigleyville area.

3. The Debtor is an Illinois corporation with its principle place of business in Chicago, Illinois.

4. Debtor has made initial distributions under the plan (See Report of Distribution attached hereto).

5. A final fee petition has been filed and will be presented on the same date as this motion.

6. There are no further matters for this Court to administer.

WHEREFORE, Debtor, 3518-22 CLARK CORPORATION, d/b/a MOE'S CANTINA, prays as follows:

    A.    That this Court enter a final decree order; and

    B.    For such other and further relief as this Court deems just and proper.

                                    3518-22 CLARK CORPORATION, d/b/a MOE'S CANTINA

                                    /s/    *Eileen M. Sethna*
                                             Eileen M. Sethna
                                             One of its attorneys

Eileen M. Sethna, ARDC No. 6276640
QUERREY & HARROW, LTD.
Attorney for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
(312) 540-7000