09-39426:110.2:Application for Compensation:Proposed Order Entered: 8/27/2010 1:23:45 PM by:Beverly Berneman Page 1 of 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) In Chapter 11 |
| | ) Case No. 09 B 39426 |
| 3518-22 CLARK CORPORATION | ) Honorable Susan Pierson Sonderby |
| | ) |
| Debtor-In-Possession | ) |

### ORDER GRANTING FINAL APPLICATION FOR COMPENSATION
### OF COUNSEL FOR THE DEBTOR

THIS CAUSE COMING ON TO BE HEARD on motion by QUERREY & HARROW, LTD., counsel for the Debtor for a final fee award, due notice having been given and the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that:

A.  Q&H is allowed final compensation as counsel for the Debtor in the amount of $25,424.00;

B.  Q&H is allowed reimbursement of expenses in the amount of $50.90; and

C.  The fees awarded by this order and by the order entered on April 6, 2010 awarding fees in the amount of $14,784 [handwritten, replacing $14,848.00] and the reimbursement of costs and expenses in the amount of $1,173.08 were necessary and reasonable for the administration of the Debtor's estates.

Dated:                                      ENTER:

SEP 21 2010

                                            Bankruptcy Judge

QUERREY & HARROW, LTD.
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
(312) 540-7000