09-39426:112.2:Motion for Final Decree:Proposed Order Final Decree Entered: 9/2/2010 9:57:28 AM by:Eileen Sethna Page 1 of 1

Form 271 (08/06)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No. 09 B 39426 |
| 3518-22 CLARK CORPORATION | ) | Honorable Susan P. Sonderby |
| d/b/a MOE'S CANTINA, | ) | |
| | ) | |
| Debtor-In-Possession | ) | |

Employer's Tax Identification (EID) No.:   76-0761456

### FINAL DECREE

The estate of the above named debtor has been fully administered.

~~The deposit required by the plan has been distributed.~~

IT IS ORDERED THAT:

☐ ~~William T. Neary is discharged as trustee of the estate of the above-named debtor;~~

☒ the chapter 11 case of the above-named debtor is closed; and

☒ ~~[other provisions as needed]~~

Date: SEP 28 2010

United States Bankruptcy Judge

*Set forth all names, including trade names, used by the debtor within the last 8 years. For joint debtors set forth both social security numbers.*